UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RUSSELL GREEN,

              Plaintiff,

-against-

DETECTIVE LOUIS J. ROMANO, Tax Reg.
#902313; DETECTIVE DEY CALLOW,
Shield #1925 and JOHN DOE, who worked with
Street Enforcement Unit 1-30-05,

              Defendants.
-------------------------------------------------------------X

JUDGMENT
05-CV- 3417 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 2 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 15, 2007, dismissing the case for lack want of prosecution; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed for want of prosecution.

Dated: Brooklyn, New York
       May 18, 2007

s/Robert C. Heinemann
‎_____
ROBERT C. HEINEMANN
Clerk of Court